Regions Bank v VativoRx, LLC (2025 NY Slip Op 00203)

Regions Bank v VativoRx, LLC

2025 NY Slip Op 00203

Decided on January 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 14, 2025

Before: Webber, J.P., Moulton, Friedman, Mendez, Shulman, JJ. 

Index No. 654741/22 Appeal No. 3334-3335 Case Nos. 2024-01692, 2024-02306

[*1]Regions Bank et al., 3335 Plaintiffs-Respondents,
v
VativoRx, LLC, Defendant-Appellant.

Appeals having been taken to this Court by the above-named appellant from a Judgment of the Supreme Court, New York County (Melissa A. Crane, J.), entered on March 28, 2024 and an order, same court and Justice, entered on January 29, 2024,
And said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated December 23, 2024,
It is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 14, 2025